421 A.2d 208

**In re Living Trust Agreement of Lillian M. STEINKIRCHNER.**

**Appeal of Marcella R. McNANAMY, Co-Trustee.**

Supreme Court of Pennsylvania.

Argued Sept. 30, 1980.

Decided Nov. 3, 1980.

Frederick N. Frank, Baskin & Sears, Pittsburgh, for appellant.

Robert B. Williams, John R. Mesher, Margaret P. Joy Eckert, Seamans, Cherin & Mellott, Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Decree of the Court of Common Pleas of Allegheny County is affirmed. Each party is to pay own costs.